IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD BLOCK**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #130743**

v.　　　　　　　　No: 3:25-cv-00002-DPM-PSH

**HURST,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Plaintiff Richard Block, an inmate at the North Central Unit of the Arkansas Division of Correction (ADC), filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on January 3, 2025 (Doc. No. 2). On January 7, 2025, Block was granted leave to proceed *in forma pauperis* ("IFP") and directed to file an amended complaint (Doc. No. 4). Block was instructed to

> specifically describe his religion, how his right to practice his religion has allegedly been burdened, how each named defendant was involved in allegedly violating his rights, and whether he is claiming a First Amendment free-exercise violation, a violation of the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), or both.

*Id.* at 4. He was sent a blank complaint form and informed that his amended complaint would render his existing complaint without any legal effect. *Id.* at 4-5.

In response to the Court's January 7 Order, Block filed a two-sentence addendum with a return-mail form attached (Doc. No. 5). This addendum does not comply with the Court's Order, but instead supplements his original complaint.

Block will be allowed one final opportunity to clarify his claims in accordance with the Court's January 7 Order by filing a ***complete*** operative amended complaint ***on the form provided***.

Block is cautioned that an amended complaint will render his prior complaint and addendum without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Block fails to file an amended complaint conforming to this order within thirty days, some or all of his claims may be dismissed. The Clerk of Court is directed to send Block a blank § 1983 form.

IT IS SO ORDERED this 19th day of March, 2025.

_____
UNITED STATES MAGISTRATE JUDGE