IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD BLOCK**  PLAINTIFF
**ADC #130743**

v.  No. 3:25-cv-2-DPM

**HURST, Warden, Calico Rock; BOWLIN,**
**Deputy Warden, Calico Rock; and**
**M. WILLIAMS, Mailroom, Calico Rock**  DEFENDANTS

### ORDER

**1.** The Court withdraws the reference.

**2.** Block hasn't filed an amended complaint; and the time to do so has passed. *Doc. 6*. His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 May 2025