IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD BLOCK**  PLAINTIFF
**ADC #130743**

v.  No. 3:25-cv-2-DPM

**HURST, Warden, Calico Rock; BOWLIN,
Deputy Warden, Calico Rock; and
M. WILLIAMS, Mailroom, Calico Rock**  DEFENDANTS

## JUDGMENT

Block's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 May 2025